IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS BOWMAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:19-CV-1082-WHA |
| ) | [WO] |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

On January 29, 2020, the Magistrate Judge filed a Recommendation (Doc. #5) to which no timely objections have been filed. Based upon a *de novo* review of the Recommendation, it is ORDERED as follows:

(1) The Recommendation of the Magistrate Judge (Doc. #5) is ADOPTED; and

(2) This action is TRANSFERRED to the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. § 1631.

DONE this 24th day of February, 2020.

　　　　　　　　　　　　/s/ W. Harold Albritton
　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE